

**FRIEDMAN FAMILY THERAPY**

Jeffrey Friedman, LCSW
**Licensed Clinical Social Worker and Family Therapist**

Friedman Family Therapy |20801 Biscayne Blvd Suite 403 | Aventura, FL | 33180

May 5, 2018

To whom it may concern,

I have assessed Ms. Dory Turnipseed on 04/23/2018 and I am familiar with her history and the limitations imposed by her disorder.

Ms. Turnipseed has been dealing with symptoms of an emotional disorder found in DSM-V for the past three years. This is due to a history of traumatic events in her life. Her Emotional Support Animal is a dog that is a mixed hound breed. She has trained her ESA extensively. She benefits from having her emotional support animal in her residence. Her disorder affects her daily life and particularly her sleep and helps her to manage her anxiety and ADHD symptoms.. Having her esa provides her with a feeling of safety and security. As reasonable accommodation please allow Ms. Turnipseed to keep her esa in her residence. This accommodation is supported by the fair housing act (FHA).

Sincerely,

Jeffrey Friedman, LCSW Florida

# INVOICE

### Abadie Veterinary Hospital, LLC

8271 Jefferson Highway
Harahan, LA 70123
(504) 737-8910

WHEN THE HURT IS THERE WE CARE

| | | |
|---|---|---|
| **FOR:** Dory Turnipseed | **Printed:** | 02-01-18 at 3:01p |
| 6379 Bellaire Drive | **Date:** | 02-01-18 |
| New Orleans, LA 70124 | **Account:** | 10426 |
| (504) 352-3189 | **Invoice:** | 374764 |

| Date | For | Qty | Description | Price | Discount | Net Price |
|---|---|---|---|---|---|---|
| 02-01-18 | | | Discover payment | | | -71.94 |

Merchant ID: 16588927 , Approval code: 00156B, Transaction ID: 245521898
Ref #: 22118874, Act #: ************6423, Exp: XX/XX, Entry: SWIPED, Card: DISCOVER
Your card balance is not available
I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

X _____

| Date | For | Qty | Description | | | Net Price |
|---|---|---|---|---|---|---|
| 02-01-18 | Sasha | 1 | Sentinel 26-50 (6 months)* | | | 66.00 |

| Old balance | Charges | Tax | Payments | New balance |
|---|---|---|---|---|
| 0.00 | 66.00 | *5.94 | 71.94 | 0.00 |

Reminders for: **Sasha** (Weight: 34.8 lbs - 5y)  Last done

| | | |
|---|---|---|
| 06-05-18 | Fecal Flotation | 06-05-17 |
| 06-05-18 | Occult Heartworm Snap Test | 06-05-17 |
| 06-05-18 | Rabies, Canine | 06-05-17 |
| 06-05-18 | DHLP-PV Annual | 06-05-17 |
| 06-05-18 | Exam with annual | 06-05-17 |
| 06-05-18 | Kennel Cough | 06-05-17 |
| 06-05-18 | Corona Virus | 06-05-17 |

Contract 

## Adoption Contract - Jun 16 2013

Tel.: 504-368-5191

LA Shelter
1700 Mardi Gras Boulevard
New Orleans, Louisiana 70114 USA
info@la-spca.org

Dory Turnipseed
2418 Rouseau Street
New Orleans, Louisiana 70130 USA

Person ID: P16028471
Tel:504-352-3189 Ext.

### Animal Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Animal ID: | A19989912 | Name: | Fiesty | Types: | Dog | Gender: | Female |
| ARN: | LA50669A | DOB: | 5/28/2012 | Breeds: | Plott Hound/Mix | Altered: | Yes |
| Chip #: | 0A13611323 | Current Age: | 1 y 0 m 19 d | Colors: | Brown/White | Size: | Medium |
| Type: | 24PetWatch | Age Group: | Adult Dog | Pattern: | Brindle | Weight: | |

### Adopted Animal
1. The LA/SPCA agrees to allow the Adopter to adopt and the Adopter agrees to adopt the animal(s) listed above.

### Suitable Home
2. The Adopter agrees to provide a suitable home for the Adopted Animal. A suitable home is one which provides proper food, water, shelter, veterinary care, exercise, love and attention, as well as one that observes all state and local animal ordinances and anti-cruelty laws.

### Treatment of Adopted Animal
3. The adopter acknowledges and agrees that:
   a. the Adopted Animal will be treated humanely;
   b. the Adopted Animal will not be used for any inhumane purpose;
   c. the Adopted Animal will not be used for any experimental purpose;
   d. the Adopted Animal will not be used for food;
   e. the Adopted Animal will not be subjected to any cosmetic surgery, including but not limited to, ear cropping, tail docking, and declawing;
   f. the Adopted Animal will not be used for any illegal purpose, including but not limited to dog fighting; and
   g. if the Adopted Animal is impounded at an animal shelter, the Adopter will pay all fines and charges necessary to claim the Adopted Animal.

### Surgical Sterilization
4. The Adopter agrees to have the Adopted Animal spayed or neutered. The costs of this surgery is part of the adoption fee and the surgery is part of the adoption process. All cats and dogs not already spayed or neutered at the time of adoption, must remain at the LA/SPCA for sterilization. These animals remain the property of the LA/SPCA until the surgery is completed.

### Repossession
5. The Adopter acknowledges and agrees that the LA/SPCA has the right to request the return of the Adopted Animal if the LA/SPCA, in its sole discretion, determines any of the following:
   a. the Adopted Animal is not sterilized;
   b. the Adopted Animal is not being kept in living conditions satisfactory to the LA/SPCA;
   c. the Adopted Animal is not receiving proper veterinary care; or
   d. the Adopter has breached any terms of this contract.
The Adopter agrees to pay reasonable attorney's fees and court costs in the event that this matter is forwarded to an attorney for enforcement. Upon repossession, the Adopter agrees that he or she shall have no further right of ownership to the Adopted Animal.

### Inability to Keep Adopted Animal
6. The Adopter agrees that if for any reason the Adopter cannot keep the Adopted Animal:
   a. the Adopted Animal will not be sold or given to a research facility; and
   b. the Adopted Animal will be returned to the LA/SPCA or another humane society that is operating in the location
      where the Adopter is residing at such time.

### Status of Adopter
7. The Adopter is over the age of 18 years. The adopter acknowledges that the Adopted Animal is not being adopted for anyone other than the Adopter and the Adopter's immediate family, who share the same dwelling, and that the Adopter is and will continue to be responsible for the Adopted Animal.

### Vaccinations and Medical Treatment
8. The Adopter agrees to have the Adopted Animal receive all adoption related medical services as stipulated on the adoption health schedule in a timely manner. The Adopter agrees to assume costs for these services if they are obtained later than a month from the scheduled date. The Adopter agrees to consult a licensed veterinarian at least annually during the life of the Adopted Animal to ensure full preventative care for the animal.

### Health of Adopted Animal
9. Every animal receives an initial exam by a veterinary technician when it enters the LA/SPCA as well as a veterinary examination by a veterinarian prior to spay/neuter or at the time spay/neuter is verified. As the LA/SPCA has limited information about the animal's veterinary history prior to entering the LA/SPCA, the LA/SPCA is not able to provide a health guarantee.

The adopter agrees to assume financial responsibility for all veterinary care including diagnosis and treatment of undiagnosed conditions as well as annual veterinary care for any and all conditions including but not limited to heartworm preventative, flea preventative and vaccinations. The LA/SPCA may provide veterinary care for conditions its veterinarians have diagnosed and begun treatment prior to adoption unless the adopter prefers to complete treatment through a private veterinarian at the adopter's cost.

The adopter is provided with a "gift of insurance," which provides reimbursement through the insurance company for the diagnosis and treatment of conditions not diagnosed prior to adoption. It is the adopter's responsibility to activate the policy and follow the claims process in accordance with the policy.

### Temperament Behavior
10. The Adopter understands and agrees:
    a. that animals are different from human beings in their responses to human actions;
    b. that the actions of animals are often unpredictable;
    c. that animals should be closely supervised when they are with children;
    d. that an animal's behavior may change after it leaves the LA/SPCA and accustoms itself to a home or other environment.

### Trial Period
11. The Adopter agrees that there will be a 14-day trial period. If the adoption is not successful during the 14-day period, the Adopter has the option of returning the Adopted Animal during the trial period for an adoption credit. Only one exchange is permitted.

### Adoption Refunds
12. Adoption fees are non-refundable and are considered contributions to the LA/SPCA.

### Disclaimer
13. The LA/SPCA makes no claim or representation as to the temperament, health, age, or mental disposition of any animal put up for adoption.

### Release and Discharge
14. The Adopter hereby releases and discharges the LA/SPCA, its officers, directors and employees from any liability whatsoever resulting from any injury or damage to any person or property caused by said animal, and from any causes of action, claims, suits or demands that may arise as a result of injury or damage caused by or to said animal.

### Waiver
15. The Adopter hereby waives any causes of action, claims, suits or demands that Adopter, or his or her heirs, executors or assigns have or may have in the future against the LA/SPCA, its offices, directors and employees for any reason whatsoever related to the adoption of the Adopted Animal, including but not limited to the repossession of the Adopted Animal in accordance with this Contract.

| Signature of Adopter | Date | Signature/Print Name of Signatory of behalf of LA/SPCA |
|---|---|---|
| _[signed]_ | | _[signed]_ |

The LA/SPCA exclusively feeds dry Science Diet products to its animals while in the shelter. When you adopt from the LA/SPCA, you receive a $5.00 coupon for Science Diet food. Unless you indicate in writing otherwise, the LA/SPCA will release your name, address and phone number to Science Diet for the purpose of receiving coupons and other promotional materials.

# Certificate of Achievement

The Louisiana Society for the Prevention of Cruelty to Animals proudly presents this certificate to:

## Sasha

In recognition of your successful completion of
*Intermediate Obedience*
and for showing commitment to fostering the human-canine bond.



Hollie Danvila 12/18/15
Trainer  Date

Hollie Danvila
Behavior & Training Supervisor

# Certificate of Achievement

The Louisiana Society for the Prevention of Cruelty to Animals

proudly presents this certificate to

*SASHA*

In recognition of your successful completion of
Basic Obedience Training
and for showing commitment
to fostering a positive human-canine relationship

_____ 10/18/13    _____
Trainer            Date                          Community Outreach

# Certificate of Achievement

The Louisiana Society for the Prevention of Cruelty to Animals proudly presents this certificate to:

## Sasha

In recognition of your successful completion of
*Agility for Fun*
and for showing commitment to fostering the human-canine bond.



Hollie Sonnier, CTC  5/10/16
Trainer                     Date

Hollie Sonnier, CTC
Behavior & Training Coordinator

City, Zip or Name

Home > Florida > Hallandale

# Jeff M Friedman
Clinical Social Work/Therapist, MSW, LCSW
Verified by Psychology Today



www.friedmanfamilytx.com

friedmanfamilytherapy@gmail.com

(954) 494-9914

Friedman Family Therapy
1850 S Ocean Drive
Apt 804
Hallandale, Florida 33009

I am well versed in treating individuals with mood or anxiety issues. Great with couples or families suffering from distress.

I am a warm and caring therapist. Experienced with adolescents as well as adults. Value incorporating feedback from clients to ensure they receive the service they are looking for.

My practice is unique because my mother and I work together. We can offer co therapy so there is a male and female perspective on the case.

Call or Email Jeff M Friedman for a free phone consultation now - (786) 661-3388

## Qualifications

Years in Practice: 5 Years
School: Widener University
Year Graduated: 2007
License No. and State: SW11058 Florida

# AFTER VISIT SUMMARY

**Dory Turnipseed** DoB: 9/4/1981    3/16/2018 8:30 AM   Jeff Hwy - Psychiatry 504-842-4025

Ochsner
Healthcare With Peace Of Mind

## Instructions from Bradley T Peet, MD


Pick up these medications at RITE AID-760 HARRISON AVE. - NEW ORLEANS, LA - 760 HARRISON AVENUE
**escitalopram oxalate**
Address: 760 HARRISON AVENUE, NEW ORLEANS LA 70124-3156
Phone: 504-483-2383

Pick up these medications from any pharmacy with your printed prescription
**dextroamphetamine-amphetamine (2 prescriptions)**

Follow-up in about 3 months (around 6/16/2018).

## Today's Visit

You saw Bradley T Peet, MD on Friday March 16, 2018. The following issue was addressed: Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type.

Blood Pressure: 129/66
BMI: 30.89
Weight: 174 lb 6.1 oz
Pulse: 95

## What's Next

You currently have no upcoming appointments scheduled.

## Your Next 5 Appointments

| Date | Provider | Department | Dept Phone |
|---|---|---|---|
| 6/15/2018 8:30 AM | Bradley Todd Peet, MD | Jeff Hwy - Psychiatry | 504-842-4025 |

## Diagnoses this Visit

| | Comments |
|---|---|
| Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type - Primary | |

## Allergies as of 3/16/2018

| | Reactions |
|---|---|
| Shellfish Containing Products | Hives |

### Patient Portal

View your After Visit Summary and more online at https://my.ochsner.org/



# AFTER VISIT SUMMARY

**Dory Turnipseed** DoB: 9/4/1981     1/5/2018 2:30 PM   Jeff Hwy - Psychiatry 504-842-4025

## Instructions from Bradley T Peet, MD

 Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
**escitalopram oxalate**
Address: 101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
Phone: 504-282-2203

 Pick up these medications from any pharmacy with your printed prescription
**dextroamphetamine-amphetamine (2 prescriptions)**

 Return in about 3 months (around 4/5/2018).

## Today's Visit

You saw Bradley T Peet, MD on Friday January 5, 2018. The following issues were addressed: ADHD (attention deficit hyperactivity disorder), inattentive type and Anxiety problem.

 Blood Pressure **134/74**

BMI **31.25**

 Weight **176 lb 6.4 oz**

 Height **5' 3"**

 Pulse **98**

## What's Next
You currently have no upcoming appointments scheduled.

## Your Next 5 Appointments

| | Provider | Department | Dept Phone |
|---|---|---|---|
| 4/6/2018 3:00 PM | Bradley Todd Peet, MD | Jeff Hwy - Psychiatry | 504-842-4025 |

## Diagnoses this Visit

| | Comments |
|---|---|
| Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type - Primary | |
| GAD (generalized anxiety disorder) | |

## Allergies as of 1/5/2018

| | Reactions |
|---|---|
| Shellfish Containing Products | Hives |

## Patient Portal
View your After Visit Summary and more online at https://my.ochsner.org/

Dory Turnipseed (MRN: 1904134) • Printed at 1/5/18 2:56 PM     Page 1 of 3   Epic

Name: Dory Turnipseed | DOB: 9/4/1981 | MRN: 1904134 | PCP: Matthew A Mcqueen, MD

# Appointment Details

## Visit Summary



## AFTER VISIT SUMMARY

**Dory Turnipseed**  DoB: 9/4/1981     📅 4/11/2017  8:00 AM   📍 Jeff Hwy - Psychiatry 504-842-4025

### Instructions from Eric West, MD

🛒 Pick up these medications from any pharmacy with your printed prescription
dextroamphetamine-amphetamine (2 prescriptions) • escitalopram oxalate

### Today's Visit

You saw Eric West, MD on Tuesday April 11, 2017. The following issues were addressed: Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type and GAD (generalized anxiety disorder).

| | | | |
|---|---|---|---|
| Blood Pressure<br>125/82 | BMI<br>30.29 | Weight<br>171 lb | Height<br>5' 3" |
| Pulse<br>88 | | | |

### What's Next

You currently have no upcoming appointments scheduled.

### Your Next 5 Appointments

| | Provider | Department | Dept Phone |
|---|---|---|---|
| 6/15/2018 8:30 AM | Bradley Todd Peet, MD | Jeff Hwy - Psychiatry | 504-842-4025 |

### Diagnoses this Visit

Comments

**Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type**
 - Primary
**GAD (generalized anxiety disorder)**



# AFTER VISIT SUMMARY
**Dory Turnipseed** DoB: 9/4/1981         7/14/2017 3:00 PM   Jeff Hwy - Psychiatry 504-842-4025

## Instructions from Bradley Todd Peet, MD



Today's medication changes

**START taking:**
**dextroamphetamine-amphetamine 30 MG 24 hr capsule**
(ADDERALL XR)
Replaces dextroamphetamine-amphetamine 20 MG 24 hr capsule

**dextroamphetamine-amphetamine 15 mg tablet**
(ADDERALL)
Replaces dextroamphetamine-amphetamine 20 mg tablet

**STOP taking:**
**dextroamphetamine-amphetamine 20 MG 24 hr capsule**
(ADDERALL XR)
Replaced by dextroamphetamine-amphetamine 30 MG 24 hr capsule

**dextroamphetamine-amphetamine 20 mg tablet**
(ADDERALL)
Replaced by dextroamphetamine-amphetamine 15 mg tablet

Accurate as of 7/14/17 3:34 PM.
**Review your updated medication list below.**

Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
**escitalopram oxalate**
Address: 101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
Phone: 504-282-2203

Pick up these medications from any pharmacy with your printed prescription
dextroamphetamine-amphetamine (2 prescriptions)



Return in about 3 months
(around 10/14/2017).

## Today's Visit
You saw Bradley Todd Peet, MD on Friday July 14, 2017. The following issues were addressed: ADHD (attention deficit hyperactivity disorder), inattentive type and Anxiety problem.

Blood Pressure: 142/83
BMI: 31.00
Weight: 175 lb
Height: 5' 3"
Pulse: 104

## What's Next
You currently have no upcoming appointments scheduled.

## Patient Portal
View your After Visit Summary and more online at https://my.ochsner.org/

Dory Turnipseed (MRN: 1904134) • Printed at 7/14/17 3:34 PM                    Page 1 of 4  Epic

Name: Dory Turnipseed | DOB: 9/4/1981 | MRN: 1904134 | PCP: Matthew A Mcqueen, MD

# Appointment Details

Visit Summary



### AFTER VISIT SUMMARY

**Dory Turnipseed** DoB: 9/4/1981    9/27/2016  8:30 AM   Jeff Hwy - Psychiatry 504-842-4025



Instructions from Eric West, MD



Today's medication changes

◆ CHANGE how you take:
   dextroamphetamine-amphetamine 20 MG 24 hr capsule (ADDERALL XR)
   dextroamphetamine-amphetamine 20 mg tablet (ADDERALL)

Accurate as of 9/27/16 11:59 PM.
Review your updated medication list below.



Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
escitalopram oxalate

Address:   101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
Phone:     504-282-2203



Pick up these medications from any pharmacy with your printed prescription
dextroamphetamine-amphetamine (6 prescriptions)



Return in about 3 months
(around 12/27/2016).

## Today's Visit

You saw Eric West, MD on Tuesday September 27, 2016. The following issues were addressed: Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type and GAD (generalized anxiety disorder).


Blood Pressure
144/78


BMI
29.58

Weight
167 lb

Height
5' 3"


Pulse
86

Name: Dory Turnipseed | DOB: 9/4/1981 | MRN: 1904134 | PCP: Matthew A Mcqueen, MD

# Appointment Details

## Visit Summary



### AFTER VISIT SUMMARY

**Dory Turnipseed**  DoB: 9/4/1981      5/19/2016 10:00 AM   Jeff Hwy - Psychiatry 504-842-4025



**Instructions** from Justin Hendricks, MD

**Today's medication changes**

**CHANGE how you take:**

**dextroamphetamine-amphetamine 20 MG 24 hr capsule** (ADDERALL XR)
Changed by Justin Hendricks, MD

**dextroamphetamine-amphetamine 20 mg tablet** (AMPHETAMINE SALT COMBO)
Changed by Justin Hendricks, MD

**escitalopram oxalate 20 MG tablet** (LEXAPRO)
Changed by Justin Hendricks, MD

Accurate as of 5/19/16 11:59 PM.
**Review your updated medication list below.**

Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
escitalopram oxalate

Address:  101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
Phone:    504-282-2203

Pick up these medications from any pharmacy with your printed prescription
dextroamphetamine-amphetamine (6 prescriptions)



## Today's Visit

You saw Justin Hendricks, MD on Thursday May 19, 2016. The following issues were addressed: Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type and GAD (generalized anxiety disorder).

 Blood Pressure 130/74

 BMI 28.34

 Weight 160 lb

 Height 5' 3"

 Pulse 84

Name: Dory Turnipseed | DOB: 9/4/1981 | MRN: 1904134 | PCP: Matthew A Mcqueen, MD

# Appointment Details

Visit Summary



## AFTER VISIT SUMMARY

**Dory Turnipseed** DoB: 9/4/1981    12/3/2015 10:00 AM   Jeff Hwy - Psychiatry 504-842-4025

### Instructions from Justin Hendricks, MD



Today's medication changes

CHANGE how you take:

**dextroamphetamine-amphetamine 20 MG 24 hr capsule** (ADDERALL XR)
Changed by Justin Hendricks, MD

**dextroamphetamine-amphetamine 10 mg Tab** (AMPHETAMINE SALT COMBO)
Changed by Justin Hendricks, MD

**escitalopram oxalate 10 MG tablet** (LEXAPRO)
Changed by Justin Hendricks, MD

**escitalopram oxalate 20 MG tablet** (LEXAPRO)
Changed by Justin Hendricks, MD

Accurate as of 12/3/15 11:59 PM.
**Review your updated medication list below.**



Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
escitalopram oxalate

Address:  101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
Phone:    504-282-2203



Pick up these medications from any pharmacy with your printed prescription
dextroamphetamine-amphetamine (6 prescriptions)

## Today's Visit

You saw Justin Hendricks, MD on Thursday December 3, 2015. The following issues were addressed: Attention deficit hyperactivity disorder (ADHD), combined type and GAD (generalized anxiety disorder).


Blood Pressure
126/72


BMI
25.69


Weight
145 lb


Height
5' 3"


Pulse
82

Name: Dory Turnipseed | DOB: 9/4/1981 | MRN: 1904134 | PCP: Matthew A Mcqueen, MD

## Appointment Details

Visit Summary



### AFTER VISIT SUMMARY

**Dory Turnipseed** DoB: 9/4/1981    5/7/2015 9:00 AM   Jeff Hwy - Psychiatry 504-842-4025

Instructions from Ravinder S P Marok, MD

 Today's medication changes

○ START taking:
   **escitalopram oxalate 10 MG tablet** (LEXAPRO)
   Started by Ravinder S P Marok, MD

◆ CHANGE how you take:
   **dextroamphetamine-amphetamine 10 mg Tab** (AMPHETAMINE SALT COMBO)
   Changed by Ravinder S P Marok, MD

✗ STOP taking:
   **citalopram 10 MG tablet** (CELEXA)
   Stopped by Ravinder S P Marok, MD

Accurate as of 5/7/15 11:59 PM.
**Review your updated medication list below.**

 Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
**escitalopram oxalate**

   Address:   101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
   Phone:     504-282-2203

 Pick up these medications from any pharmacy with your printed prescription
**dextroamphetamine-amphetamine (2 prescriptions)**

## Today's Visit

You saw Ravinder S P Marok, MD on Thursday May 7, 2015. The following issues were addressed: GAD (generalized anxiety disorder); Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type; and Shift work sleep disorder.

Name: Dory Turnipseed | DOB: 9/4/1981 | MRN: 1904134 | PCP: Matthew A Mcqueen, MD

# Appointment Details

Visit Summary



## AFTER VISIT SUMMARY

**Dory Turnipseed** DoB: 9/4/1981    📅 4/9/2015 10:30 AM    📍 Jeff Hwy - Psychiatry 504-842-4025

### Instructions from Ravinder S P Marok, MD



Today's medication changes

➤ START taking:
   citalopram 10 MG tablet (CELEXA)
   dextroamphetamine-amphetamine 10 mg Tab (AMPHETAMINE SALT COMBO)

Accurate as of 4/9/15 11:59 PM.
Review your updated medication list below.



Pick up these medications at Walgreens Drug Store 11496 - NEW ORLEANS, LA - 101 ROBERT E LEE BLVD AT NEC of West End & Robert E Lee
citalopram

Address:    101 ROBERT E LEE BLVD, NEW ORLEANS LA 70124-2560
Phone:      504-282-2203

Pick up these medications from any pharmacy with your printed prescription
dextroamphetamine-amphetamine (2 prescriptions)

## Today's Visit

You saw Ravinder S P Marok, MD on Thursday April 9, 2015. The following issues were addressed: GAD (generalized anxiety disorder), ADHD (attention deficit hyperactivity disorder), and Shift work sleep disorder.

| Blood Pressure | BMI | Weight | Height |
|---|---|---|---|
| 123/74 | 24.52 | 138 lb 6.4 oz | 5' 3" |

Pulse
85

## What's Next

You currently have no upcoming appointments scheduled.