**From:** TURNIPSEED, DORY (St Rose)
**Sent:** Thursday, May 10, 2018 12:38 PM
**To:** Sherri Roane <sherri@tonti.net>
**Subject:** Re: Requested ESA Documents for Dory Turnipseed - SUNLAKE APTS


Good afternoon,

I just wanted to check on the status of my reasonable accomodation request. I do not know how long this process usually takes. I apologize for my impatience, I have been struggling to cope.

I appreciate your time.

Regards,

Dory Turnipseed

Minerals Services Division

New Orleans Area Laboratory Technician


SGS North America, Inc.

107 Pintail Street

St. Rose, LA 70087


phone: +1 (504) 467-5522

mobile: + (504) 402-3105

fax: +1 (504) 464-7220

email: dory.turnipseed@sgs.com