

# Tonti MANAGEMENT

## ANIMAL VIOLATION

DATE: _May 14, 2018_

RESIDENT: _Dory Turnipseed_

ADDRESS: _Sunlake_

APARTMENT NUMBER: _854-23_

(animal not approved)

Dear Resident,

We are aware of and have photographed an animal in your apartment that is not approved by the Rental Center. Your lease states, "I (We) understand animals are permitted at Lessor's sole discretion and **only after** mutual written agreement between Lessor and Lessee. If I (we) wish to have an animal on the premises at any time, I (we) must first obtain written permission from Lessor. I (We) agree to sign the Animal Lease and pay the applicable non-refundable animal fee of $_____ and an additional security deposit of $_____. I (We) understand the animal fee does not cover damages. If I (we) have moved into an apartment that has new carpet, I (we) agree to pay the animal fee and an additional security deposit of $_____. If I (we) house an animal and fail to obtain prior written permission, I (we) agree to pay a sum equal to two (2) times the applicable non-refundable animal fee and an additional security deposit of $_450.00_ upon demand by Lessor."

An animal cannot exceed 25 pounds at maturity. Should an animal exceed our weight limit, you will have 24 hours to remove the animal off of the property.

This letter serves as your final written notice.

(A) ~~If your animal is approved and you make the applicable payment within 24 hours of this notice, Lessor may agree to accept payment of one animal fee and the additional deposit.~~

(B) If your animal is not approved, *or* if you fail to make payment within 24 hours, the charges per your lease of two (2) times the applicable animal fee and an additional security deposit will apply, regardless of whether you remove the animal, and Lessor will ask for return of premises.

We trust you will abide by your lease agreement.

Sincerely,

_Kim Mamerto_
Agent for Lessor

$600.00 Non-refundable animal fee

$450.00 - Additional Security Dep.

$1,050.00 - TOTAL DUE

MGR – Animal Violation Letter 1/18