14 May 2018

RE: Notice I Received in My Door this Evening

Ms. Kim Mamerto,

I currently in the process of getting the animal approved through a reasonable accommodation request. The animal in question is an Emotional Support Animal, prescribed by my current LCSW Jeffery Friedman.

I spoke with Sherri Roane and a member of your legal team on Thursday May 10. At the end of the conversation I was told I would be contacted by someone to come fill out additional paperwork.

Due to an unforeseen decline in my mental stability, which I outlined in my email to Sherri Roane today I did move the dog in over the weekend. As I have explained to Ms. Roane, I am not attempting to circumvent your rules. I do suffer from mental disabilities which greatly affect my ability to function in day to day life.

Please see documents I have included with this letter which include: ESA Letter from Jeffery Friedman, LCSW, Contact information for Jeffery Friedman, LCSW, email correspondence with Sherri Roane.

Please see Ms. Roane for the additional documents proving that I have been treated by a psychiatrist since 2014.

As I have told Ms. Roane in my email dated today: I am seeking legal advice, as I feel I have been unfairly treated in this matter.

Regards,

Dory Turnipseed

Apt 854-23

(504) 402-3105

dturnips333@gmail.com

dory.turnipseed@sgs.com