**Marcy LaHart**

---

**Subject:**          FW: 18-5187; Turnipseed v. APMT LLC
**Attachments:**    Dr  Mahoney Letter.pdf; Discharge Instructions Seaside.pdf

---

**From:** Marcy LaHart [mailto:marcy@floridaanimallawyer.com]
**Sent:** Monday, June 11, 2018 12:13 PM
**To:** 'James C. Rather, Jr.'; 'shutton@sherrihuttonlaw.com'
**Subject:** RE: 18-5187; Turnipseed v. APMT LLC

Mr. Rather- Our client was involuntarily committed last week because of her deteriorated mental state. Please review the attached and let me know if your client will reconsider its refusal to waive the weight restriction so that Ms. Turnipseed may have the therapeutic benefit of residing with her dog Sasha for emotional support.

Marcy I LaHart PA
207 SE Tuscawilla Road
Micanopy, FL 32667
(352) 545-7001
fax  888-400-1464
www.floridaanimallawyer.com

# Seaside
**PATIENT INSTRUCTION SHEET AND DISCHARGE INSTRUCTIONS**

1. DISCHARGE TO: **Home**     DISCHARGE DATE: **06/08/2018**
REASON FOR ADMIT: Gravely Disabled
DIAGNOSIS: Major Depressive Disorder, Recurrent Sever w/o Psychosis
Pharmacy: **Walgreens 821 W Esplanade Ave, Kenner, LA 70065  (504) 468-5479**

Review of Criteria for Discharge:
Medication Compliant
Stable Mood
No reported SI/HI

Turnipseed, Dory     MR# 005488-01
ADM DT 06/03/18
DOB  09/04/1981     Sex  F
PGM   100   IP Adult SBC (NOL)
INSR  BCBS     HIC#   SDQ3HZN1156

Turnipseed, Dory     MR# 005488-01

Planning for Post Discharge Needs:

A. Living Arrangement: 6379 Bellaire Dr. New Orleans, LA 70124
Reviewed safety risk in living area (guns, medications, etc)  (YES)  NO
Reviewed patient's family ability to identify triggers and early intervention steps  (YES)  NO

B. Employment/Leisure Plans: **As Tolerated**

C. Psychiatric Aftercare Appointments
With Whom          When          Purpose          Transportation Arrangement: (Y)/N
**Dr. Bradley Peet at 2025 Gravier St, New Orleans, LA 70112  (504) 412-1580 on 6/8/2018 at 8:30am  for ongoing mental health treatment and medication management.**

D. Medical Aftercare Appointments
With Whom          When          Purpose          Transportation Arrangement: Y/N
**Follow-up with Primary care Physical Dr. Matthew McQueen at 1401 Jefferson Hwy, New Orleans, LA 70121 (504) 842 - 4747 for medical issues or concerns.**

Activity Limitations: **As Tolerated**

Diet Recommendations: **Regular Diet**

Expected patient goals after discharge (refer to unresolved MTP goals and goals to maintain gains achieved in program) and attitude toward discharge: To be compliant with prescribed medications.
Follow up with Dr. Matthew McQueen for ongoing psychiatric treatment and medication management.
Follow-up with primary care physician as recommended.

Accompanied by: Father Don          Belongings Collected ⦶ YES  O NO
                                    504-418-8459
Patient/Guardian understanding of Discharge Instructions
SW reviewed discharge instructions with patient family and they verbalized understanding.

LA COPE LINE 1-800-749-2673          SEASIDE BEHAVIORAL CENTER 504-393-4223
NEW ORLEANS MOBILE CRISIS 504-826-2675     JEFFERSON MOBLIE CRISIS 504-832-5123
                                           LA QUIT SMOKING 1-800-662-8887

Nurses' Signature     Date 6/8/2018        Social Service Signature  Chasity Lovely MSSW  Date/Time 6/8/19 8:35a

Patient/Guardian Signature     Date 6/8/2013

SEASIDE BEHAVIORAL CENTER          REVISED 10/04/13


Seaside
Behavioral Center

## DISCHARGE INSTRUCTIONS

| Turnipseed, Dory | MR# 005488-01 |
| --- | --- |
| ADM DT 06/03/18 | |
| DOB 0xxxxxxx | Sex F |
| PGM 100 IP Adult SBC (NOL) | |
| INSR BCBS | HIC# SDQ3HZN115o |

### MEDICATION LIST

**PATIENT NAME:** _____    **DATE OF BIRTH:** _____

### MEDICATIONS PATIENT WAS TAKING ON ADMISSION

| Medication Name | Dose | Route PO, Sub-C, Etc. | Frequency | Indication for Medication (Must be completed for each medication) |
| --- | --- | --- | --- | --- |
| Violeta | 28, 0.15 - 0.12mg PO | Daily | Birth Cntrl |
| imitrex | 50mg | PO | as PRN | Migraine |
| Lexapro | 20mg | PO | Daily | Depression |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

REVISED 6/14/2017

1 of 4

PATIENT NAME: _____

# DISCHARGE INSTRUCTIONS

ADM DT 06/03/18

DOB   xxxxxxx                          Sex   F

PGM   100   IP Adult SBC (NOL)

INSR   BCBS              HIC#   SDQ3HZN115☐

Turnipseed, Dory            MR# 005488-01

### MEDICATIONS THAT WERE ADDED AFTER ADMISSION

| Medication Name | Dose | Route PO, Sub-C, Etc. | Frequency | Indication for Medication (Must be completed for each medication) |
|---|---|---|---|---|
| Lexapro | 3mg | PO | daily | Depression |
| Wellbutrin XL | 150mg | PO | daily | Depression |
| Vistaril | 25mg | PO | qhs | Insomnia |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### MEDICATIONS THAT WERE DISCONTINUED DURING HOSPITAL STAY

| Medication Name | Dose | Route PO, Sub-C, Etc. | Frequency | Indication for Medication (Must be completed for each medication) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

REVISED 6/14/2017                                                2 of 4

Walgreens
5-04-468-5447

# Seaside
Behavioral Center

## DISCHARGE INSTRUCTIONS

ADM DT 06/03/18
DOB    xxxxxx                    Sex   F
PGM   100    IP Adult SBC (NOL)
INSR   BCBS          HIC#   SDQ3HZN1156

Turnipseed, Dory            MR# 005488-01

| DISCHARGED MEDICATION LIST MEDICATIONS PATIENT IS TAKING UPON DISCHARGE | | | | |
|---|---|---|---|---|
| Medication Name | Dose | Route PO, Sub-C, Etc. | Frequency | Indication for Medication (Must be completed for each medication) |
| Vistaril | 25mg | PO | night | Anxiety |
| Wellbutrin | 300mg | PO | morning | depressant |
| Kariva | 28 day | PO | morning | Birth control |
| Lexpro | 5mg | PO | morning | Depressant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



## Seaside
Behavioral Center at St. Luke's

Re: Dory Turnipseed
DOB:

06/08/18

To Whom it May Concern,

    Ms. Turnipseed was in the hospital for acute depression and anxiety, which she struggles with on a chronic basis.  She has an emotional support dog which is essential to her emotional health and daily functioning.  Please consider allowing presence of her dog in her living arrangement.

Sincerely,

Mike Mohany, MD
Staff Psychiatrist