

# RESIDENT'S RELEASE

*Release:  By signing below, I hereby authorize _____ to speak with and/or produce information to representatives of Tonti Management to verify my request for accommodation and/or modification of Tonti Management's policies and/or procedures.*

Signature: _____   Date: _____

Print Name: _____

Animal Name: _____

Animal Description: _____

