UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DORY TURNIPSEED** | * | **CIVIL ACTION NO.:** |
| | * | **2:18-cv-5187** |
| **VERSUS** | * | |
| | * | **SECTION: "J" (4)** |
| **APMT, LLC D/B/A** | * | |
| **"TONTI MANAGEMENT"** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

*****************************************************************************

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY

**NOW INTO COURT**, through undersigned counsel, comes defendant, APMT, LLC D/B/A "TONTI MANAGEMENT," (hereinafter "Tonti" or defendant), who appears herein for the limited purpose of praying for an Order compelling arbitration and staying the instant proceeding for the reasons more fully articulated in the accompanying Memorandum in Support and attached Exhibits.

**WHEREFORE,** Tonti prays for an Order compelling arbitration and staying the instant proceeding.

Date:   July 5, 2018                    Respectfully submitted,

/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR. (#25839), T.A.
ALKER & RATHER, LLC
4030 Lonesome Road, Suite B
Mandeville, LA 70448
Telephone: (985) 727-7501
Fax No.: (985) 727-7505
**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system to all counsel of record, this 5th day of July, 2018.

/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR