## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DORY TURNIPSEED** | * | **CIVIL ACTION NO.:** |
| | * | **2:18-cv-5187** |
| **VERSUS** | * | |
| | * | **SECTION: "J" (4)** |
| **APMT, LLC D/B/A** | * | |
| **"TONTI MANAGEMENT"** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUMISSION

**PLEASE TAKE NOTICE** that defendant, APMT, LLC D/B/A "TONTI MANAGEMENT," will bring its Motion to Compel Arbitration and Stay, without oral argument, before the Hon. District Court Judge Carl J. Barbier in the United States District Courthouse, 500 Poydras Street, Courtroom C268, New Orleans, Louisiana 70130 on the 1st day of August, 2018 at 9:30 a.m.

Date:   July 5, 2018                              Respectfully submitted,


/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR. (#25839), T.A.
ALKER & RATHER, LLC
4030 Lonesome Road, Suite B
Mandeville, LA 70448
Telephone: (985) 727-7501
Fax No.: (985) 727-7505
Email: jrather@alker-rather.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system to all counsel of record, this 5th day of July, 2018.

                                      /s/ *James C. Rather, Jr.*
                                      JAMES C. RATHER, JR