# EXHIBIT 1

**Tonti**
MANAGEMENT

# ARBITRATION

## Please Read Carefully

A:   Except as noted in paragraph C, any and all claims between the parties for liability, personal injury or illness damages, property damages, or expenses arising out of, relating to, or in connection with the lease, the occupancy of the premises, including any and all warranties (including but not limited to warranties imposed by Louisiana laws, statutes or regulations), representations, or agreements relating thereto, as well as any disputes, claims or controversies regarding the scope, validity and/or enforceability of this Arbitration Agreement, shall be resolved through binding arbitration in accordance with the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and the procedural rules of arbitration published by Mediation Arbitration Professional Systems, Inc. (MAPS' Rules of Arbitration). It is the intent of the parties to commit to an arbitration of any and all personal injury claims or property damage claims wherein a claim is made for an amount in excess of $2,500.00 as is more fully explained in paragraph C. It is also the intent of the parties to commit to an arbitration of any disputes, claims or controversies regarding the scope, validity and/or enforceability of this Arbitration Agreement. Lessor, as defined in the lease hereby advises the Lessee and any other signatory to the lease, of the desirability of seeking and is hereby given a reasonable opportunity to seek the advice of independent legal counsel prior to signing the lease and all addenda thereto, including this agreement to arbitrate.

B:   The arbitration shall be conducted by a single arbitrator at the offices of MAPS in Jefferson Parish, Louisiana. Notwithstanding the outcome of the dispute each party shall be responsible for his/her/its own deposits, costs, fees (including but not limited to attorney's fees) and expenses associated with the arbitration, and any action to confirm or contest the award. Judgment on the award rendered by the arbitrator may be rendered in any court having jurisdiction thereof. In the event Lessor or Lessee fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, and in addition to any other attorney's fees provisions herein, the other party shall be entitled to all costs of said suit or enforcement, including reasonable attorneys' fees for having to compel arbitration or defend or enforce the award.

C:   Any dispute, claim or controversy with a value of $2,500.00 or less arising out of the Lease and all addenda thereto, including but not limited to claims for eviction, payment of rent and/or damage to person or property, Lessor and Lessee hereby agree to waive their right to demand arbitration and, instead, agree to litigate and/or resolve the dispute, claim, or controversy in the Justice of the Peace Court of competent jurisdiction and venue.

_____    _____[signature]_____
Lessee                                       Lessee

_____4/13/18_____   ____854-23____   __[signature]_____
Date                          Apt. No.           Agent for Lessor

Authorized Occupant                 Authorized Occupant

APT - Arbitration 4/12