# EXHIBIT 2


**APARTMENT LEASE**        Date: 04/13/18

### PARTIES
Tonti Management and the owner of the property (hereinafter collectively referred to as Lessor in this lease and all addenda and attachments to this lease) hereby leases to **DORY TURNIPSEED** (hereinafter referred to as Lessee) the following described property: The leased premises shall be occupied by the Lessee and the following persons only; N/A

No additional occupants are authorized. Any person who intends to inhabit the property for more than 7 days full or partial, during the term of the LEASE shall be considered an AUTHORIZED OCCUPANT and is required to apply and be pre-approved. If approved, they will be required to sign the LEASE and all addenda thereto and are subject to all terms, limitations and conditions of this LEASE and addenda and supplemental Lease documents executed by the Lessor. It is the responsibility of the Lessee to advise Lessor, in writing beforehand, of any person who will be considered an Authorized Occupant. A parent who executes this LEASE, is considered to be executing the LEASE on his/her own behalf and on behalf of all minor children that are in their care either permanently or temporarily. For purposes of this lease and all addenda attached hereto, the term Lessee shall include the plural and all occupants. Lessor is under no obligation to approve an additional authorized occupant and may decline to do so. Additional deposits apply.

### PREMISES
Apartment No. **854-23** at **854 JOE YENNI BLVD. APT. 23** in **KENNER, LA**, for use by resident as private residence only. The leased premises shall include common areas, common accessories, adjacent premises, balconies, porches, stairways, the roof and other such areas.

### TERM
This lease is for a term commencing on **04/13/18**, and ending on **10/31/18**.

### AUTOMATIC RENEWAL
If Lessee, or Lessor, desires that this lease terminate at the expiration of its term, he/she/it must give to the other party **written notice at least 30 days prior** to that date. Failure of either party to give this required notice will automatically renew this lease and all of the terms thereof *except that the term of the lease will be for one month and the rental price will be as agreed upon in any addendum*. This provision is a continuing one and will apply at the expiration of the original term and at the expiration of each subsequent term.

### RENT AND RENT COLLECTION PROCEDURES
This lease is made for and in consideration of a monthly rental of the following:

| | | | |
|---|---|---|---|
| Base Rent: | $630.00 | Other: | $N/A |
| W.E.T. Charge: | $ 30.00 | | |

**TOTAL RENT of $660.00** per month payable in advance *on or before the 1st day of each month* at the Sunlake Apts Rental Center, 838 Joe Yenni Blvd., Kenner, LA 70065.

Payment can be made by [X] check, [X] money order or [X] cashiers check. Checks should be made payable to **Tonti Management**. Only one rent check is accepted per apartment. Partial rent payment will not be accepted. **We do not accept cash.**

All rents are due by 2:00 p.m. on the 1st of each month. **Under no circumstances does Lessor extend, allow or recognize "grace periods" allowing for payment of rent beyond 2:00 p.m. on the 1st of each month, even in the event of mandatory or voluntary evacuations from the premises.** If rent is not paid by 2:00 p.m. on the 1st of the month, or if a check is not honored on presentation for any reason whatsoever, Lessor may immediately file for eviction for non-payment of rent. **The failure of Lessor to institute eviction proceedings after 2:00 p.m. on the 1st of the month shall not constitute or be construed as the recognition of a "grace period," nor shall it constitute or be construed as a waiver or relinquishment of Lessor's right to seek immediate eviction of Lessee for late payment of rent, or any other basis as permitted herein, even in the event of mandatory or voluntary evacuations from the premises.** If, however, rent is tendered and accepted after 2:00 p.m. on the 3rd of the month, an additional $50 late fee will be charged and payment must be made by either cashier's check or money order. If eviction is filed, an additional $150 eviction fee and court costs will be charged. If a check is not honored, an additional $50 NSF fee will be charged, all future rents must be paid by cashier's check or money order, and payment by check will be considered non-payment of rent. These penalty provisions are not to be considered a waiver or relinquishment of any of the other rights or remedies of Lessor. [Fees subject to change to reflect the charges at the time penalty is incurred.]

Lessee hereby agrees to fully cooperate with Lessor, or anyone acting on Lessor's behalf, to collect any rent, deposit or other payments Lessee makes with a check, money order, cashier's check or other negotiable instrument that is lost, stolen, or otherwise missing or misappropriated. Lessee's failure to provide their immediate, full and unconditional cooperation will result in a material breach and default of this lease, resulting in full acceleration of the lease and/or eviction. Money orders, cashier's checks and/or cash may not be placed in the drop box.

Lessee(s): Initial 4/13/18  Initial _____    Authorized Occupant(s): Initial _____  Initial _____
APT - Apartment Lease   2/18              Lease - Page 1 of 6

Lessor acknowledges receipt from Lessee of the sum of $396.00 Dollars wh   is pro-rated rent for 18 days from the date of commencement of this lease to the first day of the following month.

**SECURITY DEPOSIT**   & $225- KA

Upon execution of this lease contract, Lessee agrees to deposit with Lessor, the receipt of which is hereby acknowledged, the sum of $350.00. This deposit, which is non-interest bearing, is to be held by Lessor *as security for the full and faithful performance of all terms and conditions of this lease.* This security deposit is not an advance rental payment and Lessee may not deduct any portion of the deposit from rent due to Lessor. In the event of forfeiture of the security deposit due to Lessee's failure to full and faithfully perform all of the terms and conditions of the lease, Lessor retains all of its other rights and remedies. Lessee does not have the right to cancel this lease and avoid his/her/its obligations thereunder by forfeiting the said security deposit.

Lessor will mail security deposit refund (less itemized deductions) *within 30 days* after the premises have been vacated and inspected by Lessor provided said leased premises are returned to Lessor in as good condition as they were at the time Lessee first occupied same, subject only to normal wear and tear, and after all keys and key tags are surrendered to Lessor. In the event of any damage to the leased premises or equipment therein, reasonable wear and tear excepted, caused by Lessee, Lessee's family, guests, agents, or Authorized Occupant(s), Lessee agrees to pay Lessor, *when billed,* the full amount necessary to repair or replace the damaged premises or equipment without benefit of depreciation. Any such charges shall be due as additional rent.

Deductions will be made from the security deposit to reimburse Lessor for the cost of repairing any damage to the premises or equipment or the cost of replacing any of the articles or equipment that may be damaged beyond repair, lost or missing at the termination of the lease. Deductions will also be made to cover any unpaid amounts owed to Lessor for any such damage, rents, fees, or loss occurring prior to termination of the lease and for which Lessee has been billed. In the event that such damages or cleaning charges exceed the amount of the security deposit, Lessee agrees to pay all excess cost to Lessor. In the event there has been a forfeiture of the security deposit, charges for damages and cleaning shall be paid in addition to the amount of the said security deposit.

**ANIMALS AND ANIMAL DISCLOSURE**

Animals are permitted at Lessor's sole discretion and **only after** mutual written agreement between Lessor and Lessee. Lessee's signature is required on **Animal Disclosure and Animal Lease Addendum.** There will be an additional deposit plus twice the applicable animal fee for animal violations. Feeding stray animals on the property is prohibited.

**SUB LEASE**

Lessee is not permitted to post any "For Rent" signs, rent, sublet or grant use or possession of the leased premises without the written consent of Lessor and then only in accordance with this lease.

**DEFAULT, ABANDONMENT OR EVICTION**

Should the Lessee fail to pay the rent or any other charges arising under this lease promptly as stipulated, violate any of the terms and conditions of the lease, or should the premises be abandoned (it being agreed that an absence of Lessee from the leased premises for five consecutive days after rentals have become delinquent shall create a conclusive presumption of abandonment) by Lessee, or should Lessee begin to remove furniture or any substantial portion of Lessee's personal property to the detriment of Lessor's lien, or should voluntary or involuntary bankruptcy proceedings be commenced by or against Lessee, or should Lessee make an assignment for the benefit of creditors, then in any of said events, Lessee shall be ipso facto in default and the rent for the whole of the unexpired term of the lease together with the attorney's fees and costs shall immediately become due. However, Lessor may proceed one or more times for past due installments without prejudicing his rights to proceed later for the rent for the remaining term of the lease. In the event of any such default Lessor retains the option to cancel the lease and obtain possession of the premises. Upon termination, cancellation, dissolution and/or default of this lease for any reason, Lessee hereby expressly waives the five-day notice to vacate the premises prior to institution of eviction proceedings in accordance with La. C.C.P. art. 4701-4705. Lessee further waives notice of default in accordance with La. C.C. art. 1991 and notice of dissolution of the lease in accordance with La. C.C. art. 2017. In the event of such cancellation and eviction, Lessee is obligated to pay any and all rent and eviction costs due and owing through the last day said premises are occupied.

**MOLD DISCLOSURE**

Lessor does not guarantee the premises are free of any toxic molds and/or fungi hazards. By execution of this lease agreement, Lessee agrees to indemnify, save and hold Lessor harmless from any liability whatsoever including but not limited to health conditions/illnesses, medical bills, attorney's fees, etc., should toxic mold and/or fungi hazards be found to be present. Lessee agrees to compensate Lessor for reasonable attorney's fees to defend any action brought against Lessor by Lessee regarding potential toxic mold liability. Should toxic mold and/or fungi hazards be found, via a state licensed inspector for mold and fungi hazards, Lessor and Lessee can cancel the lease agreement upon a 30 day written notice to vacate premises provided by either party. Lessor is not obligated to perform mold testing and may decline to do so, nor is Lessor liable for any testing performed by Lessee.

Lessee(s): Initial 4|13|18   Initial _____   Authorized Occupant(s): Initial _____ Initial _____
APT - Apartment Lease  2/18                     Lease - Page 2 of 6

**OTHER VIOLATIONS & NUISANCE**

Should the Lessee, his family, guests, agents, or Authorized Occupant(s) at any time violate any of the terms or conditions of this lease, or should the Lessee discontinue the use of the premises for the purposes for which they are rented, or fail to maintain a standard of behavior consistent with the consideration necessary to provide reasonable safety, peace and quiet, and cleanliness to the other residents and employees in the apartment community, such as by being boisterous or disorderly, creating undue noise, disturbance or nuisance of any nature or kind, engaging in any unlawful or immoral activities, or failure to abide by the community policies as specified below, then Lessee shall be ipso facto in default and Lessor shall have the option to demand the rent for the whole unexpired term of the lease which shall at once become due and exigible, or to immediately cancel this lease and obtain possession of the premises. Upon termination, cancellation, dissolution and/or default of this lease for any reason, Lessee hereby expressly waives the five-day notice to vacate the premises prior to institution of eviction proceedings in accordance with La. C.C.P. art. 4701-4705. Lessee further waives notice of default in accordance with La. C.C. art. 1991 and notice of dissolution of the lease in accordance with La. C.C. art. 2017.

**COMMUNITY POLICIES**

Lessee acknowledges receipt of a copy of the Community Policies, which are attached to and form a part of this lease. Lessee is responsible for his family, guests, agents, or Authorized Occupant(s) compliance with all such policies and with all reasonable policies hereafter adopted by the Lessor and posted in or about the apartment community and/or mailed or delivered to Lessee. The failure to abide by the Community Policies described herein shall constitute a default under the Lease and shall authorize Lessor to enforce all of the rights contained in this Lease including, but not limited to, the option to cancel the Lease and obtain possession of the premises.

**CONDITION OF PREMISES**

Lessee accepts the apartment, fixtures and furniture (if applicable) as clean and in good working condition and agrees to keep them in such condition during the term of the lease at the expense of the Lessee, and to return them to Lessor in the same condition at the termination of the lease, normal decay, wear and tear excepted. Lessee agrees to pay a non-refundable cleaning fee in the amount of $105.00 to cover only shampooing of the carpet after Lessee has vacated. The cleaning fee does not cover stain removal, damages, cleaning of fixtures or appliances, or any other items. Lessee will be given a New Lessee Checklist & Damage Disclaimer form on or before move in. Within 72 hours after move in, Lessee must note on the form all defects or damages and return it to Lessor. Failure to return the completed form within that time period shall be conclusive proof that all appliances and equipment are in good operating conditon, and the apartment is otherwise free of any defects or damages.

Should the property be destroyed or materially damaged by fire or other unforeseen occurrence not due to any fault or neglect of Lessee so as to render it wholly unfit for occupancy, then Lessee shall be entitled to a credit for the unexpired term of the lease. Should the leased premises remain habitable following an unforeseen occurrence that damages a portion of the leased premises, or interrupts the usual services or amenities, including disruption in utilities by service provider, then Lessee shall be bound by the terms of the lease. Lessee shall **not** have cause to cancel the lease before the expiration of its current term, demand a refund of the security deposit, or reduce or withhold the monthly rent following the occurrence, provided that Lessor makes a good faith attempt to repair the damage or restore the interrupted services or amenities as soon as reasonably possible under the circumstances.

**OCCUPANCY OF APARTMENT**

Should Lessee be unable to obtain occupancy on the date of the beginning of the lease due to causes beyond control of the Lessor, this lease shall not be affected thereby, except that Lessee shall owe rent beginning only with the day on which he/she/it can obtain possession. Should an evacuation be declared, or should Lessee evacuate or leave the leased premises for any reason whatsoever, Rent Collection Procedures and all other terms of this lease will remain in effect. An evacuation does not constitute an interruption in Lessee's right of occupancy or lease obligations.

In the event Lessee evacuates or leaves the leased premises for any reason, or in the event of a power failure, Lessee agrees to empty and clean the refrigerator of all perishable food, shut off the breaker and leave the refrigerator door open. If spoiled food, moisture or any other causes render the refrigerator unsuitable for use, Lessee shall be responsible for all costs associated with the cleaning, disposal and/or full replacement cost of the refrigerator, without benefit of depreciation.

**ADDITIONS & ALTERATIONS**

Lessee shall not make or allow to be made, any additions or alterations to the premises, including changing or adding locks, without written permission of Lessor. Lessee agrees to provide Lessor with a key(s) to the apartment for immediate access in case of emergency. Any additions made to the property by the Lessee shall become the property of Lessor at the termination of this lease unless otherwise stipulated herein. No holes shall be drilled in the walls, woodwork or floors. No antenna or satellite dish installations are permitted without signing and complying with the Satellite Dish and Antenna Addendum. No painting or papering of walls is permitted.

Lessee(s): Initial _[initials]_ Initial _____    Authorized Occupant(s): Initial _____ Initial _[initials]_

APT - Apartment Lease   2/18                Lease - Page 3 of 6

## SIGNS & ACCESS

Lessor or his agents or employees shall have the right to enter the premises to make repairs necessary for the preservation of the premises without giving prior notice to the Lessee. Lessee shall also give Lessor access to the premises without notice at reasonable intervals between the hours of 8:30 AM TO 6:00 PM for the purpose of responding to repair requests, making repairs or replacements, estimating repair costs, performing pest control, conducting preventative maintenance, conducting inspections or investigations for reported or reasonably suspected lease violations or resident complaints including but not limited to unauthorized occupants, animals, illegal activity, removing unauthorized devices or window coverings, to allow person(s) to enter as authorized by Lessee(s),and removing health or safety hazards. The premises may be entered to allow entry by a law enforcement officer with a search or arrest warrant or in hot pursuit. Lessee's unreasonable delay or failure to permit access to the premises shall be deemed a breach of the lease resulting in immediate dissolution, termination of the right of occupancy, eviction and forfeiture of the security deposit. Lessor reserves the right to post on the premises "For Sale" or "For Rent" signs at all times. Lessee shall allow parties authorized by the Lessor to visit the premises at reasonable hours in view of the sale, purchase and/or financing of the property during the entire term of this lease and in view of renting for 30 days prior to the expiration of this lease.

## ADMINISTRATIVE, COLLECTION, & EVICTION FEES

If after the Lessee vacates the premises, and it is determined that there is a balance due, Lessor shall provide written notice to Lessee at the address provided by Lessee at move-out or last known address. Should Lessee fail to respond within fifteen (15) days of mailing notice of the amount due, or if for any other reason Lessor finds it necessary to refer the matter to its internal collection manager, Lessee agrees to pay an Administrative Collection Fee of $250. Lessee further agrees that if an attorney is employed to protect any rights of the Lessor hereunder, Lessee will pay the reasonable fees of such attorney with a minimum of $350. Lessee further agrees to pay all court costs and sheriff's charges if any. Should Lessor find it necessary to post an eviction for any reason, Lessee agrees to pay _ALL_ eviction fees incurred.

## SECURITY

**Police protection is the function of local parish law enforcement authorities. Lessor cannot be responsible for personal safety, or the contents of any apartment(s) or automobile(s). Any courtesy officers seen on Lessor's property have been employed to patrol our rental offices and physical plant only. They are not for the protection of any Lessee, his family, guests, agents, or Authorized Occupant(s). Lessor cannot and does not offer personal security, nor can Lessor protect against unauthorized visitors to the communities. Lessee warrants that Lessor, its agents and employees have made no representations regarding any criminal activity that may have occurred at the subject apartment community and surrounding area. It is the duty of each applicant to verify the fitness or suitability of the apartment community and surrounding area.**

## OTHER

The failure of Lessor to insist upon the strict performance of the terms, covenants, agreements and conditions hereby contained shall not constitute or be construed as a waiver or relinquishment of the Lessor's right thereafter to enforce any such terms, covenants, agreements and conditions, but the same shall continue in full force and effect.

It is understood that the terms "Lessor" and "Lessee" are used in this agreement, and they shall include the plural and shall apply to persons, both male and female. All obligations of Lessees are several and in solido.

This lease, whether or not recorded, shall be junior and subordinate to any mortgage hereafter placed by the Lessor on the entire property of which the leased premises form a part.

In the event that during the term of this lease, or any renewal hereof, the real estate taxes or other federal or state taxes or assessments, or the utility costs, or any combination of the above should increase above the amount paid at the inception of this lease, the Lessee agrees to pay his proportionate share of such increase and any successive increases. **Posted utility charges are subject to change.** Such payment(s) by Lessee shall be due monthly as increased rent throughout the remainder of Lessee's occupancy, and all such sums may be withheld from Lessee's security deposit if not fully paid at the time Lessee vacates the premises. A 30 day notice will be given to Lessee before any increase is made.

## WAIVER OF NOTICE

Upon termination, cancellation, dissolution and/or default of this lease for any reason, Lessee hereby expressly waives the five-day notice to vacate the premises prior to institution of eviction proceedings in accordance with La. C.C.P. art. 4701-4705.

Lessee further waives notice of default in accordance with La. C.C. art. 1991 and notice of dissolution of the lease in accordance with La. C.C. art. 2017.

## CHANGES TO LEASE

The Agent for the Lessor **DOES NOT** have the authority to alter this lease or verbally release Lessee from any of its terms. Lessee does not have the right to alter this lease in any way. Lessor does not write transfer clauses into any leases.

Lessee(s): Initial 4|3|18  Initial_____     Authorized Occupant(s): Initial_____ Initial _DP_

APT - Apartment Lease   2/18                    Lease - Page 4 of 6

**LEASE DISCLOSURE: CANCELLATION POLICY**

I. During the initial lease term, from 04/13/18 to 10/31/18, this lease may not be cancelled by the Lessee, *for any reason whatsoever*. Lessee's failure to fulfill the initial term of the lease in full will be a default and grant to Lessor all rights as set forth in the "Default, Abandonment or Eviction" section of this lease.

II. Should it become necessary for Lessee to cancel in a subsequent lease term or renewal lease, *for any reason whatsoever*, **cancellation policy** is as follows:

1. Lessee will forfeit the Security Deposit.
2. Lessee will pay a cancellation fee equal to one month's total rent.
3. Lessee will be required to give Lessor a written notice 30 days prior to vacating the leased premises.
4. Failure to give Lessor 30 days written notice will result in a notice fee equal to one month's total rent.
5. Any other expenses or charges including amounts owed for visible damages on preliminary walk thru must be paid within 5 days of notice or when billed, whichever is earlier.
6. Failure to pay these charges prior to move out will trigger the default clause in this lease making the whole unexpired term due immediately.

**OTHER CONDITIONS**

<u>No rent refunds</u> - Please pay pro-rated rent when vacating the leased premises.

<u>Amounts owed Lessor are payable *when billed*</u>, including, but not limited to, invoices for damages, fees, fines, unfulfilled leases, and unpaid rents. Outstanding balances will be turned over to the collection department for handling after 30 days. Interest will accrue at the rate of 15% per annum beginning 30 days after initial due date.

<u>Credit Reports</u> - Lessee expressly authorizes Lessor or Lessor's agent (including a collection agency) to obtain Lessee's consumer credit report, both during the term of the lease and thereafter, which Lessor or Lessor's agent may use if attempting to collect past due rent payments, late fees, or other amounts due from Lessee.

<u>Incapacitation:</u> Should a resident suffer any incapacity or be unable to manage his or her own affairs, the Lessor reserves the right to ask for return of premises.

<u>Attorney's Fees and Costs:</u> This clause applies only to claims and disputes that cannot be arbitrated as a matter of law. In any lawsuit, complaint, or claim filed with a court of competent jurisdiction or a regulatory, administrative or law enforcement agency, relating in any way to this lease agreement or the leased premises or rights under any law, statute, or government regulation, Lessor is entitled to recover attorney's fees and all other costs associated with said lawsuit, complaint, or claim if Lessor prevails.

<u>W.E.T. charges</u> may include water, exterminating, trash removal, gas, sewerage, mosquito control and Lafreniere Park Charges.

<u>Lessees with individual gas meters</u> are required to keep the gas connected during the entire term of the lease.

<u>Electrical service</u> must remain in effect during the entire lease term. Failure to do so may result in eviction.

<u>Trash</u> must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances or Lessee may be subject to additional charges.

<u>Increase in W.E.T. Charges:</u> In the event that during the term of this lease, or any renewal hereof, W.E.T. charges increase above the amount paid at the inception of this lease, the Lessee agrees to pay his proportionate share of such increase and any successive increases. <u>All fees and penalties</u> are subject to change.

All fees and penalties in the lease and all addenda including but not limited to service fees, maintenance charges, exterminating fees, etc. are subject to change.

**SEX OFFENDER NOTIFICATION**

Lessor hereby notifies Lessee that the Louisiana Bureau of Criminal Identification and Information maintains a State Sex Offender and Child Predator Registry which provides public access to the statewide database disclosing the locations of individuals required to register pursuant to La. R.S. 15:540, et seq. (The "Registrants" or "Sex Offenders"). The following website, telephone number and address may be used to access the statewide database containing the identity, address, pictures and conviction record of Registrants: By Internet: www.lasocpr.lsp.org/socpr, by phone at (800)-858-0551 or (225)925-6100, or by mail at P. O. Box 66614, Mail Slip #18, Baton Rouge, Louisiana 70896. Lessee can also email State Services at SOCPR@dps.state.la.us for more information.

**LEAD PAINT DISCLOSURE**

If the property was built prior to 1978, the Lessee will receive a disclosure form and pamphlet as required by Federal Law.

Lessee(s): Initial 4|13|18  Initial_____    Authorized Occupant(s): Initial_____  Initial DF
APT - Apartment Lease  2/18                      Lease - Page 5 of 6

**LIABILITY**

If any employee of Lessor renders any other services (including but not limited to parking, washing or delivery of automobiles, handling of furniture or other articles, cleaning the rented premises, package delivery, or any other service) for or at the request of Lessee, Authorized Occupant(s), his family, employees or guests then, for the purpose of such service, such employees shall be deemed the servant of Lessee, regardless of whether or not payment is arranged for such service, and Lessee agrees to relieve Lessor and hold Lessor and its agents harmless from any and all liability in connection with such services.

The Lessor and its agents shall not be liable to Lessee, or to Lessee's employees, patrons and visitors, or to any other person for any damage to person or property caused by an act, omission or neglect of Lessee or any other resident of said demised premises, and Lessee agrees to hold Lessor and its agents harmless from all claims for any such damage, whether the injury occurs on or off the leased premises.

Lessee assumes responsibility for the condition of the premises. Lessor will not be responsible for damage caused by leaks, in the roof, by bursting of pipes resulting from a freeze or otherwise, or any vices or defects in the leased property, or the consequences thereof, except in the case of a positive neglect or failure to take action toward remedy of such defects and the damage caused thereby. Should Lessee fail to promptly so notify Lessor, in writing, of any such defects, Lessee will become responsible for any damage resulting to the Lessor or other parties.

Lessee and Authorized Occupant(s) hereby agree to release, hold harmless, defend and indemnify Lessor and its agents for any damage or injury to persons or property caused as a result of the use of the leased premise including, but not limited to the use of the tennis courts, swimming pools and all other recreational facilities by Lessee, or any person making use of said facilities through the use, permission or consent of Lessee or Authorized Occupant(s). Lessee and Authorized Occupant(s) further agree not to use or permit the use of alcoholic beverages within the swimming pool and other public areas.

**The Lessee shall not allow more than two (2) guests to use the pool at any one time. All occupants and guests must be accompanied by a leaseholder at all times.**

The Lessee assumes full and complete responsibility for the conduct of Lessee's occupants and/or guests. The Swimming Pool and Tennis Court Rules contained in the Community Policies are incorporated in this lease by reference, as if copied in their entirety.

***THIS IS A BINDING LEGAL CONTRACT -- READ ALL DOCUMENTS BEFORE SIGNING.***

Apartment Lease and all Addenda thereto (if any) constitute the entire agreement of the parties. The undersigned Lessee(s) and authorized occupant(s) have read this lease and all addenda, understand what they have signed and further understand that the lease and all addenda constitute a legal and binding contract.

_____       _____
Lessee                                Lessee

_____       _____
Authorized Occupant                   Authorized Occupant

Renters Insurance: Lessee hereby agrees to obtain renter's insurance with a minimum of $100,000 personal liability coverage listing Tonti Management as an additional insured/interest, containing a waiver of subrogation, and maintain it throughout the entire lease term. Lessee further, individually and on behalf of any insurance carrier providing the required coverage, waives any and all rights of subrogation against Lessor.

Other: No Animals -- There will be an additional deposit plus twice the applicable animal fee for animal violations. With prior written approval, there will be an additional deposit and animal fee. Tonti Management is under no obligation to approve an additional authorized occupant and may decline to do so. Additional deposits apply.

Executed at **Kenner, Louisiana** This day **04/13/18**

_____       _____
Lessee                                Lessee

_____       _____
Authorized Occupant                   Authorized Occupant

Agent for Lessor

Lessee(s): Initial __ __ Initial____       Authorized Occupant(s): Initial____ Initial____
APT - Apartment Lease  2/18               Lease - Page 6 of 6