**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DORY TURNIPSEED** | * | **CIVIL ACTION NO.:** |
| | * | **2:18-cv-5187** |
| **VERSUS** | * | |
| | * | **SECTION: "J" (4)** |
| **APMT, LLC D/B/A** | * | |
| **"TONTI MANAGEMENT"** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

**************************************************************************

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(b) FOR FAILURE TO PROSECUTE

**NOW INTO COURT**, through undersigned counsel, comes defendant, APMT, LLC D/B/A "TONTI MANAGEMENT," (hereinafter "Tonti" or defendant), who, for the reasons for more fully articulated in the accompanying Memorandum in Support, appears herein for the limited purpose of praying for an Order dismissing this action, with prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**WHEREFORE,** Tonti prays for an Order dismissing the instant proceeding with prejudice pursuant to Fed. R. Civ. P. 41(b) as a result of Plaintiff's failure to prosecute this action.

Date:   August 15, 2022                    Respectfully submitted,

/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR. (#25839), T.A.
ALKER & RATHER, LLC
4030 Lonesome Road, Suite B
Mandeville, LA 70448
Telephone: (985) 727-7501
Fax No.: (985) 727-7505
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system to all counsel of record, this 15th day of August, 2022.

/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR