**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DORY TURNIPSEED** | * | **CIVIL ACTION NO.:** |
| | * | **2:18-cv-5187** |
| **VERSUS** | * | |
| | * | **SECTION: "J" (4)** |
| **APMT, LLC D/B/A** | * | |
| **"TONTI MANAGEMENT"** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

**************************************************************************

<u>**NOTICE OF SUMISSION**</u>

**PLEASE TAKE NOTICE** that defendant, APMT, LLC D/B/A "TONTI MANAGEMENT,"

will bring its Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) for Failure to Prosecute, before the

Hon. District Court Judge Carl J. Barbier in the United States District Courthouse, 500 Poydras Street,

Courtroom C268, New Orleans, Louisiana 70130 on September 7, 2022 at 9:30 a.m.

Date:   August 15, 2022                Respectfully submitted,


                                       /s/ *James C. Rather, Jr.*
                                       JAMES C. RATHER, JR. (#25839), T.A.
                                       ALKER & RATHER, LLC
                                       4030 Lonesome Road, Suite B
                                       Mandeville, LA 70448
                                       Telephone: (985) 727-7501
                                       Fax No.: (985) 727-7505
                                       Email: jrather@alker-rather.com
                                       **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system to all counsel of record, this 15th day of August, 2022.

/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR