UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DORY TURNIPSEED | CIVIL ACTION |
| VERSUS | No. 18-5187 |
| APMT, LLC, d/b/a Tonti Management | SECTION: "J"(4) |

## **ORDER**

Before the Court is Defendant's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) for Failure to Prosecute* **(Rec. Doc. 42)**.

On August 15, 2022, Defendant filed a Motion to Dismiss in accordance with Fed. R. Civ. P. 41(b) for failure to prosecute. (Rec. Doc. 35). On October 13, 2022, this Court issued an Order denying the Motion because the record contained insufficient evidence of Plaintiff's contumacious conduct warranting dismissal with prejudice (Rec. Doc. 41). The Court gave Plaintiff thirty (30) days from entry of the Order- or until November 12, 2022- within which to initiate arbitration proceedings. On November 18, 2022, Defendant filed the instant motion to dismiss for failure to prosecute, arguing that Plaintiff failed to file a timely demand for arbitration nor pay the necessary fees for arbitration. This Court ordered that Plaintiff's opposition be filed by December 6, 2022.

Additionally, Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight (8) days prior to the date set for hearing on the motion. No memorandum in opposition to Defendant's Motion, set for

submission on December 14, 2022, was submitted. Accordingly, the motion to dismiss is deemed to be unopposed. Further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion **(Rec. Doc. 42)** is **GRANTED.** Plaintiff's claims and this action are hereby dismissed with prejudice.

New Orleans, Louisiana, this 9th day of December, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE