# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-30037

---

Dory Turnipseed,

*Plaintiff—Appellant*,

versus

APMT, L.L.C., *doing business as* Tonti Management,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5187

_____

A True Copy
Certified order issued Feb 14, 2023

Tyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of February 14, 2023, pursuant to the stipulation of the parties.

No. 23-30037

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
               Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 14, 2023

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 23-30037   Turnipseed v. APMT
                           USDC No. 2:18-CV-5187

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Majella A. Sutton, Deputy Clerk
                          504-310-7680

cc w/encl:
    Mr. Robert Couhig III
    Ms. Sherri L. Hutton
    Ms. Marcy I. LaHart
    Mr. Robert Tate Martin
    Mr. James Clark Rather Jr.